# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| STEVEN AUTHOR BORDEAUX, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:13-CV-455 |
| ) | (VARLAN/GUYTON) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

This case is before the Court on the Defendant's Motion for Extension of Time [Doc. 24] in which she requests that the Court allow her up to and including August 27, 2014, to file objections to the undersigned's Report and Recommendation [Doc. 23]. On July 28, 2014, the Court entered an Order [Doc. 25] granting the Defendant's motion. However, the Court erred in the extension of time granted. Therefore, the Court amends its July 28 Order and grants the Defendant's motion to the extent that the Defendant shall have up to and including **August 11, 2014**, in which to file objections to the Report and Recommendation.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge