UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| STEVEN AUTHOR BORDEAUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-455-TAV-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, the Commissioner's objection [Doc. 27] will be **OVERRULED** and the Court will **ACCEPT IN WHOLE** the R&R [Doc. 23], which the Court will adopt and incorporate into its ruling. Plaintiff's motion for summary judgment [Doc. 18] is hereby **GRANTED**, the Commissioner's motion for summary judgment [Doc. 20] is hereby **DENIED**, and it is **ORDERED** that this case be **REMANDED** for further proceedings consistent with the memorandum opinion.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT