UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| STEVEN AUTHOR BORDEAUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-455-TAV-HBG |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on December 10, 2014 [Doc. 34]. In the R&R, Magistrate Judge Guyton recommends that the Court grant in part plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") [Doc. 31] and award plaintiff $8,185.74 plus $18.93 for EAJA attorney fees and expenses. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 34], **GRANTS in part** plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act

[Doc. 31], and **AWARDS** plaintiff $8,185.74 in attorney fees plus $18.93 in expenses, for a total of $8,204.67.

    IT IS SO ORDERED.

                                          s/ Thomas A. Varlan
                                          CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:13-cv-00455-TAV-HBG   Document 35   Filed 12/31/14   Page 2 of 2   PageID #: 648